# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ULYSSES LEGUE-TELLE, | ) | No. CV 21-8719-CJC (PLA) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| G. PRATT, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this Order.

3. The Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: February 24, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE