**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ULYSSES LEGUE-TELLE, | ) | No. CV 21-8719-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| G. PRATT, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied, and the action is dismissed without prejudice for failure to exhaust and for failure to prosecute and to follow court orders.

DATED: February 24, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE